**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------x
                                        :
UNITED STATES OF AMERICA                :
                                        :
         -against-                      :        **ORDER**
                                        :
                                        :
     **Victor Marmolejo**                   :        20-cr-1      (JSR)
                                        :        Docket #
                                        :
----------------------------------------x


   Hon. Jed S. Rakoff   , **DISTRICT JUDGE**:
    Judge's Name

The C.J.A. attorney assigned to this case

   Jonathan Andrew Marvinny    is hereby ordered substituted
    Attorney's Name

and the representation of the defendant in the above captioned

matter is assigned to   Susan Marcus  .

                    Attorney's Name


                            **SO ORDERED.**

                            United States District Judge


**Dated:**  **New York, New York**

        **April 27, 2020**