# Exhibit A

# REDACTED

# Exhibit B

# AMERICAN BIBLE ACADEMY

Presents this Certificate to

## Victor Andres Marmolejo

upon successful completion of

### El Evangelio De Juan

Awarded the 15th day of December, 2020.





*Joseph Welch*
ACADEMIC DEAN

*Mrs. Gwen Wadell*
REGISTRAR

---



**GRADE REPORT**
**AMERICAN BIBLE ACADEMY**
**P.O. BOX 1627**
**JOPLIN, MO 64802-1627**

NAME:  **Victor Andres Marmolejo**

STUDENT ID#:  445358

COURSE:  **El Evangelio De Juan**

DATE:  12/15/2020

EXAM 1: **99**        EXAM 2: **100**        EXAM 3: **97**

FINAL GRADE: **99**        CREDITS:  **0**

The grading system used by A.B.A. is as follows:

| | | | | |
|---|---|---|---|---|
| A+ ..100-99% | B+ ...89-87% | C+ ...79-77% | D+ ...69-67% | F ...59-0% |
| A .....98-95% | B .....86-84% | C .....76-74% | D .....66-64% | |
| A- ....94-90% | B- ....83-80% | C- ....73-70% | D- ....63-60% | |

Please inform us of any changes in your mailing address.

Websites: www.abarc.org • www.arm.org

# Exhibit C



**Fiorello H. LaGuardia Community College** THE CITY UNIVERSITY OF NEW YORK
31-10 THOMSON AVENUE, LONG ISLAND CITY, N.Y. 11101

The English Language Center
EVENING INTENSIVE PROGRAM
Final Grade Report
WINTER 2005

Level: 3B    L/S & R/W Instructor(s): ROY MARTIN; DIANA ZABLOCKI

*Marmolejo, Victor*                    Student ID    MARMO1130
                                       Date of Birth  01-16-1974

**Listening/Speaking Skills**

Teacher's Comments & Suggestions:

Victor—
You Are on the
ROAD TO MASTERING
English.
Good Luck

**Reading/Writing Skills**

Teacher's Comments & Suggestions:

Victor—
I think you have
accomplished a lot in
my class. Progress in
reading and writing
has been speedy. Keep
up the good work.
Diana

L/S Attendance: 38 / 40

Grade: A (B) C D F

R/W Attendance: 38 / 40

Grade: A  B  C  D  F

Total Hours Attended: 76 / 80

Final Recommended Level: 3C



# LaGuardia Community College

## Division of Adult & Continuing Education

### The English Language Center

### EVENING INTENSIVE PROGRAM

Presents

Certificate of Attendance
Awarded to

**Marmolejo, Victor**

Level: 3B

**WINTER 2005**

**Vice President**
**Adult and Continuing Education**

**President, LaGuardia Community College**

# Exhibit D

Dear Judge Rakoff:

My name is Cecilia Restrepo and I am Victor Marmolejo's mother. I live in Queens, New York, with my daughter, Tatiana, her husband, and my three grandsons.

I and Victor's father, Edison Marmolejo, were married for 32 years. We separated about 15 years ago. Edison was a good husband and a wonderful man as a father. He adores all of his children and is a very affectionate father. Victor always had a good relationship with his dad, but when Victor was 14, Edison went to prison. I was still in Colombia when Edison went to prison, so the kids were alone, but I moved to the United States soon after. Edison did not get out of prison until after Victor graduated high school, and Edison was deported to Colombia.

When I came to the United States, I had girlfriends in Miami who had work for me. I had a lady in Miami who took care of Tatiana when I worked, but I would worry about Tatiana and so I sent her back to Colombia to go to a good school there that had bus service to her grandmother's house. Tatiana would visit me and Victor in Florida on her school breaks.

Victor was a happy, good child. He was a happy kid in Colombia. As he got older, he didn't have a lot of friends. He likes to keep to himself and is not the type to go out drinking. He is a very quiet, calm, peaceful person, and a homebody who loves to hang out with his nephews at my home. He adores his nephews and nieces. I think he needs his own kids. I think that maybe he gets lonely because he doesn't have his own family.



I think another big factor is that Victor lost his green card and when he lost that status he wasn't able to work and do things right. He got involved with the wrong people and I feel that he was brainwashed.

Victor is also very anxious. He gets depressed. He always worries about his family. In jail, he gets desperate. He has been locked down for a while due to COVID. He gets desperate because he doesn't know how his family is and thinks life is happening on the outside. I tell him that his life is happening in the jail.

When Victor was put in COVID quarantine for 20 days back in March and April, it was very, very stressful for us. We didn't know where Victor was for more than two weeks. Tatiana kept calling the jail and no one could tell her anything. I kept asking Tatiana what she thought happened to Victor. At that time, we had another lawyer, and finally he called the jail for us and told us Victor was okay but that he went without a shower or ████████ for three days. It was horrible and an ordeal and we kept thinking of how sometimes they don't notify the families if something happens, and by time you find out there's nothing you can do.

I keep wondering why Victor became so depressed and sad because he used to be a really happy kid. I don't know if it all started when his dad went to jail because he was 14 and from 12-18 years old the father figure is very important for children. He changed and was sad and depressed all the time.

He also stresses out because I am really the only one who calms him down. He likes to call me every day, but sometimes he can't call me for many days and that is very hard for him. Victor doesn't like that it's been so long since he last saw me in person. I don't know how he does it staying in his cell locked down 2-3 days at a time not able to talk to me. I know he is so stressed until he can call me and I can calm him down. But even when he's going through so much in jail he always asks how I am doing and is always asking about the family, his dad, his nieces and nephews. He is always worried about others first and I always tell him he needs to take care of himself.



Victor being in jail has been very stressful for our family. My hair started falling out. I am the type of person who worries all the time. Tatiana is very strong. But Victor is not, he's the emotional type.

The pandemic has been very tough for me. I have been nervous and depressed. For myself, I have the option to call the doctor or an ambulance, but obviously it is very different in jail, so I always think about that and the dangers Victor is facing.

Everyone in the family misses Victor so much. He is an excellent son, brother and uncle. Victor is very attached to me and we always spent a lot of time together. We would go out to eat, and go out to the movies together. He would call me and say, "Mom get ready, I'm taking you out to eat," and treat me to dinner, ice cream, window shopping at the mall, things he knows I like. He has always been a very special son to me. He has lived with me a lot as an adult, but even when he lived apart from me, he had keys to my apartment and when I would come back from work he would surprise me by leaving groceries and prepared food for me. He would leave post-it notes

saying that he went grocery shopping for me so that I wouldn't have to cook, even though I would never ask him to.

Victor would also go out and get diapers and food for his nephews without any of us asking him to do that. He is always thinking about his family and on top of things, even buying us things like underwear and pajamas, if he notices we need new ones. When Tatiana was still in college, he helped out a lot and helped us pay the rent. My nephews adore Victor so much and the youngest, Aaron, has been asking why Victor doesn't come over anymore. Aaron even asked Victor this question on the phone, and Victor was bawling. Aaron is only three years old and too young to understand.

Victor is a very sentimental and emotional person and this past year in jail has been a lot for him. He called me the other day and was crying so much because he had just talked to his dad, who told him some very beautiful things. ████████████████████████████████ ████████████████████████████████████████████████████████ ████████████████████████████████████████ Victor has been getting closer to his dad this time in jail because he knows what a hard time his dad is having in his old age, especially because of the pandemic.

Your Honor, I hope you can show leniency to my son during this very difficult time. Victor is a good, noble guy who made mistakes. The time that he has been in jail during the pandemic has been the worst time in his life and I know that it has really scared him and changed him.

Thank you,

Cecilia Restrepo

Dear Judge Rakoff:

My name is Tatiana Marmolejo, and I am Victor Marmolejo's sister. I work at a personal injury law office. I live in Woodside in Queens, New York with my three sons, my husband, and my and Victor's mother, Cecilia Restrepo.

Victor is my big brother, six years older than me. We immigrated to the United States from Colombia with our father, Edison Marmolejo. I was in first grade, and Victor was in seventh grade. We immigrated in the middle of the school year. We got papers for residency through our aunt from our father's side. However, our mom had a previous marriage and couldn't get papers with us because she needed to provide her divorce papers first. So Victor and I, and our half-brothers Carlos and Diego, went to the U.S. with our father only.

Not long after we moved to the U.S., our father was arrested here. I was about six years old, and Victor was about 13. I was very young at the time, so I do not remember the details, but I know our father was convicted and sentenced to somewhere between five and seven years, in federal prison. Because I was so young, I was sent back to Colombia, where my mom still was, while Victor and our half-brothers moved in with our aunt in Queens.

Our mom came to the United States about six months later. I stayed with my grandmother in Colombia until my mom and Victor moved to Miami and had an apartment there. They moved to Miami about two months after my mom came to New York. When my mom came to New York, she couldn't find work and there was nowhere to live, so they went to Miami because she had a friend there. Through this friend my mom got a job as a babysitter.

Our dad got out of prison around the time Victor finished high school in Miami, but dad was deported to Colombia. Our mom then moved back to Colombia to be with our dad. Victor stayed in the apartment our mom left. He was only 18 when our parents left him, and he had to support himself at such a young age.

Victor was always working and had a number of jobs in high school and after high school. He worked for UHaul during high school, and for Budweiser after high school. He also worked for a parking lot in NYC, when he was living with a long-term girlfriend. I don't remember when Victor moved back to NYC, but I would visit him there and go back to Colombia whenever I had a school vacation. I came back to the United States and went to Forrest Hills High School in Queens.



Victor is a very loving family man and is very much missed by everyone in his family. He is very attached to our mother. He visited us often, to see our mother and my kids. Victor loves my kids dearly.

After Victor came out of jail in 2009 he was very changed. He came out a different person. I think something happened in jail. He gets very depressed. Victor had a girlfriend for many years and she didn't wait for him when he was in jail; she got another husband. He loved her a lot and he never got a family.

I think if he were able to get out of jail, and go back to Colombia, he would be in a much better place medically, psychologically and financially.

As Victor's little sister, I know Victor better than almost anyone else. I know what a good person Victor is, and how much he has helped me and the rest of our family. I hope Your Honor can show leniency to my dear, beloved brother during this very hard time for us all.

Thank you,

Tatiana Marmolejo

Dear Judge Rakoff:

My name is Luz Piedad Patiño and I am a close family friend of the Marmolejo's. I am very close with Victor and his sister, Tatiana. I celebrate all the holidays with Victor's family, and see them often. Tatiana is like a daughter to me. She went to school with my daughter in Colombia, and I have known Tatiana the longest from Victor's family.

I met Victor about 15 years ago, in the early 2000's. He is a good person and very much a family guy. He is always spending time with his nephews and shares a lot with them, and with Tatiana. On holidays and birthdays they are always together. Whenever I visited the family, he would be there with them. We love to eat together, and in the summertime go to the river, the pool, and the beach.

Victor loves his nephews so much. He is a good uncle and very good with the kids. He is always taking them to the movies, to McDonald's, to go shopping, and loves buying things for them. For Christmas and birthdays, he is always on top of the gifts for the nephews. He always knows what kinds of gifts they want. Tatiana is a working mom so Victor always wants to help her with her sons.

Victor is also very close with his mother. He and his mother spend a lot of time together. Victor lived with his mother most of the time, but even when he lived apart from her, she would sometimes spend the weekend at his apartment, and they would spend time together, eating and shopping. Victor has always been like this with his family since I met him. His mother always tells me how close they are, and how Victor always wants to spend time with her. She is a very lucky mother to have such a devoted son like Victor.

I believe Victor is a religious person and believes a lot, always with the word of God in his mouth. I know that he used to go to church.



I miss Victor very much. I was planning to visit Victor in jail just before the pandemic shut everything down. I was arranging things at my job so I could try to get out early to visit him.

We all miss Victor especially over the holidays. We had plans with him for the holidays. For Thanksgiving we were supposed to be together as always, and we were talking about the food with him before he was arrested. We missed him a lot at Christmas last year too. As I recall, before he was arrested, he had already done some Christmas shopping for the nephews and Tatiana.

Victor's absence has been very hard for his mother especially because Tatiana is always busy, and Victor is very attached to his mother. Even in jail he wants to call her every day, and he calls her often. If he doesn't call her it's like the worst thing in the world.

His mother prays for Victor to be safe in jail with the pandemic. ███████████████████
████████████████

I hope Your Honor can see the Victor I know—a good man, with a good heart, who loves and cares for his family—████████████████████████████. I know he has had a very, very hard time this time in jail, and it is very hard on his mother and family too.

Thank you,

Luz Piedad Patiño

Dear Judge Rakoff:

My name is Edison Marmolejo, and I am Victor Marmolejo's father. I live in Cali, Colombia.

Victor is welcome to live with me in Colombia when he gets out of prison. I have talked on the phone with him while he has been in jail, and he tells me he's never going back to the US, and that he will not go back to drugs again. I truly believe that he is done this time, especially because of the nightmare he has gone through in jail this time with the pandemic and his health.

Victor's mom and siblings visit Colombia so there is no need for Victor to come back to the US. The family will be able to see him in Colombia and be there to support him. Tatiana and my other kids support me, as I am 76 years old and only have small pensions, and they can help support Victor too. We all love him so much and are very worried about his health.

When my kids were growing up, our family did not have a lot of money, but we lived a humble life in Colombia. When we moved to the United States, things got much harder for all of us. I had problems, my wife and I had problems, and Victor was left without the guidance and support he needed. Victor's friends in Miami set him off on the wrong path. He is now about to turn 47 years old, and I know that he is truly tired of being on this path.

I adore Victor. He is a good kid and a great human being. He is a good son and is especially great with his mother and sister. He adores his mom and siblings. He loves to spend time with his oldest nephew, Tatiana's son Matthew, who is like a son to Victor. Victor is always attentive with everyone and pays attention to details.

I remember when Victor came back from prison the first time, he was different. He was pensive and kept to himself. I also have gone to prison, and have bad memories from that, but they are in the past and they help me focus on the future. I know that I can help Victor to do the same.

Thank you,

Edison Marmolejo

Dear Judge Rakoff:

My name is Carlos Marmolejo. I live in Miami and am the senior medical investigator at Miami Dade Medical Investigator, where I started working in 2004. I am Victor Marmolejo's older half-brother. I am 50 years old, four years older than Victor. Victor and I are close.

When our family moved to the US from Colombia, things got very difficult. Our dad went to prison, and the family split. We were all living with our dad, but after that, I and Diego, my older brother, lived with our aunt in New York. Tatiana, our little sister, went back to Colombia to live with our grandmother. Victor lived in New York for a few months with a friend, then he moved to Miami with his mom. His mom was a babysitter in Miami, and Victor was working at UHaul there in high school.

Victor was doing well, working, going to school, but I think Victor got on the wrong path when he went with the wrong crew in Miami. I think his friends influenced him.

███████████████████████████████████████████████████████████████. His early arrest interfered with his ability to become a citizen; as a result, he hasn't had the opportunities that I have been able to have to have a good job and a good income. He's had to live in the shadows, and that has left very few options for him.

Victor has been very hard on himself for making the same mistakes our father made. Victor has been talking about his time in jail, and what he wants from his life going forward. He is getting older, and this year in jail has been very scary and hard for Victor because of the pandemic. Our dad was deported to Colombia after prison and still lives there now. I am close with him and help support him, and I am willing and able to do what I can to help support Victor as well. Victor has a good relationship with our dad. I know that our dad looks forward to welcoming Victor home in Colombia.

I hope Your Honor will show leniency to my dear little brother Victor at his sentencing.

Thank you,

Carlos Marmolejo

Dear Judge Rakoff:

My name is Diego Marmolejo and I am Victor Marmolejo's oldest half-brother. I am 52 years old and a truck driver in Miami.

I and my family love Victor very much. Victor and I have a lot in common; we love the same things, especially the same music. We love each other and are close, though in recent years we have not been able to keep in touch as much as we used to.

███████████████████████████████████████████████████████████████ But Victor doesn't like to talk much about his problems or complain to his family because he doesn't want to worry us.

I think that Victor ended up on the wrong path because of what happened when we were young. Our dad went to prison, and I think it was a lot for Victor to handle. He was the youngest boy, only around 14 years old at the time, and our dad loved Victor so much. I was around 18 and it affected me a lot, but I was older. I missed my dad. The only support we got from our family was from our dad, and the family broke up when he was arrested. I and Carlos stayed with our aunt, while Victor went to live with a friend. Victor's mom was still in Colombia. Tatiana was sent back to Colombia because she was too little at the time. Around this time, I think Victor started off on a different path than his siblings because he was the one who wasn't able to be cared for by family. This was really hard on him, and at a critical time in his life. He was the youngest man in the family, without his dad.

I was stressed about supporting myself after our dad was arrested. I never worked before that, but I went to work at a factory. Carlos worked too.

Victor moved to Miami and was doing okay. He was working at a warehouse and living with his mom. He was good for a while. But I think in Miami is when he started hanging with the wrong people.

None of this excuses Victor's actions as an adult, but I know that Victor has had a lot more difficulty in his life than his siblings because he started off young on the wrong foot, and did not have the support he needed. But his family is so worried about him now especially this year because of the pandemic, and we will do whatever we need to support him. He needs to be safe at home, not in jail or prison, ███████████████████████████████

I write this letter because I hope to help the Court understand Victor so that Your Honor may show mercy to him in his sentencing.

Thank you,

Diego Marmolejo

Dear Judge Rakoff:

My name is Renato Arana and I live in Miami, Florida. I am a general contractor in construction management, and a mechanical engineer.

Victor Marmolejo has been a good friend of mine since childhood. I have known him since I was 12 years old. He was my best friend back then in Colombia. Then Victor went to the U.S., but he would come to Colombia for vacation, so we kept in touch. We would always have a great time and I have very good memories with Victor.

Victor's brother Carlos, who also lives in Miami, is one of my best friends now. Although I live far from Victor, I keep in touch with him on the phone and always ask Carlos about him. I also know Victor's mother Cecilia, sister Tatiana, and other half-brother Diego. I know his family pretty well because his dad used to be my dad's best friend.

I appreciate Victor very much. He is a nice person, charming, and respectful. We have the same passions, particularly sports and music. He was amazing at soccer when we were kids. I also loved soccer and we played together. He loves salsa music, which is my favorite type of music. I have visited Victor in New York on vacation, and when I visited, we would go out and enjoy the music we love.

I immigrated to the U.S. too, but I went to Los Angeles first. Victor was in New York at this time. When I got to the U.S., I had tough times because I didn't have work. Victor sent me money for food and other basic necessities, even though I didn't ask for it. I will never forget that and for that I am forever grateful to Victor.

Victor cares so, so much about his family—his nephews, his mom, his dad, his sister, his brothers. He is a good provider and always tries to help them out with everything they need. I know he used to work in property maintenance.

Carlos tells me the same things I'm writing to you about Victor. Victor takes care of his family here, and his dad in Colombia. I know his dad is getting older, losing his health, and Victor was helping his dad with his medical insurance and medicine he needs. I know from Carlos that Victor and all of his siblings collect money to send to his dad in Colombia for health care.

Victor is not a self-centered person and does not like to talk too deeply about the difficulties in his life, but I've known him so long and know about his struggles. Victor was an excellent student and had good potential for academics when we were young. I think he could have been an engineer or something like that because he was good in mathematics. He was so organized when he did his homework. But he started having family ███████ problems, and time starts passing and you get older and then you think there's no way for you to get out of those problems.

███████████████████████████ Victor was very sad. He didn't have the same

attitude as before. He was quiet, stressed out, worried. The last time I spoke to him was in December 2019, just a few days before he was arrested.

I wish the best for Victor and think about him always. Your Honor, I hope you can show my dear, good friend leniency in his sentencing.

Thank you,

Renato Arana

# REDACTED

Your Honor

. I Would like to address the Court.
Your Honor I Would like to Say to this Court and the U.S Attorney's
Office that I am deeply Sorry for what I have done.

I Know my Crime has not only Cost time and expense upon this
Court and the U.S Attorney's Office. But my actions has affected the lives
of So many other People, more then I ever realized. I now stand
before your Honor to accept Full responsability for my actions.

Your Honor, I now realize in Selling drugs it not only Contributes
to a person struggling with an addiction. But affects their families
and those love them, by Further destroying a person Life.

In reading books by Dalay Lama, and Understanding and
Practicing Yoga/Meditation and also doing Bible Studies. I have Come
to realize my Faults and now strive to live a better life. As Well as
I See how I have destroyed my Own family and those who
Love me.

Your Honor these are things I never took time in the past to
Consider or take to heart. I have also Caused my self great problems.
One, on March 17, 2020. I had to appear in court, and I Was exposed
to Someone with the COVID-19 Virus, 3 days later I Was removed
From my housing unit and not told why, or where I was going. For
21 days they Kept taking my temperature and I had no idea why
or what was going on. I Was in great Fear. It was only after the
21 days when I Was released From isolation did other inmates
tell me what was going on.

what Was going on with the Covid-19 Virus, Many Officers walk around the housing unit with no face protection. it is these officer's who go home each day and are Society and then return to work only to expose us to the Virus with no protection.

[redacted]

[redacted]

[redacted]

Your Honor in Colombia I Come from on area of poverty, and I Cannot explain the heartache I put my Family through. also I cannot longer return to my Family in this Country because I must be deported. this Compounds the pain caused ~~may~~ on my Family to never see me again. [redacted]

[redacted] this is all Caused by my own actions and I Know this Very well now.

③

I am deeply Sorry for my Actions, and I have learned a Great lession from what I have done. I Cannot undo the past but I Can make Sure my mistakes are not repeated and I try to Fix what I have done to my family and loved ones in what I do with my life from here on. to think of them First and what I do in life and how it Would affect them.

Thank You For your time to read this letter and Consideration of my thoughts. * God Bless You * You Honor !

"Victor. A. Marmolejo."